IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 1:05cr31-SPM

TAJAR MUQIT LEATH,
    a/k/a "Taja"

_____/

## ORDER OF DISMISSAL

Upon consideration of the Government's Motion to Dismiss the indictment against Defendant Tajar Muqit Leath (doc. 108), it is hereby

ORDERED AND ADJUDGED:

1. The motion (doc. 108) is granted.

2. The indictment as to Defendant Tajar Muqit Leath is dismissed.

DONE AND ORDERED this 12th day of December, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge